UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GALHEN MELCHIZEDEK,<br><br>                            Petitioner,<br><br>   v.<br><br>DANIEL D. ALLEN,<br><br>                            Respondent. | Case No. C25-1124-KKE-SKV<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court on Respondent's motion for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. Dkt. 10. Petitioner has not filed a response to Respondent's motion. The Court, having reviewed Respondent's motion, and the balance of the record, hereby ORDERS as follows:

(1) Respondent's unopposed motion for an extension of time to file his answer to Petitioner's federal habeas petition (Dkt. 10) is GRANTED. Respondent is directed to file and serve his answer not later than ***October 15, 2025***.

(2) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Kymberly K. Evanson.

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME- 1

1     DATED this 2nd day of October, 2025.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge